No. 275. ESTATE OF FAULKERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Jerome J. O'Dowd* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett, Robert N. Anderson* and *Benjamin M. Parker* for the United States.

No. 300. SOCONY MOBIL OIL CO., INC., v. BROOKLYN UNION GAS CO. ET AL.;

No. 303. MARATHON OIL CO. v. BROOKLYN UNION GAS CO. ET AL.;

No. 339. TRANSCONTINENTAL GAS PIPE LINE CORP. v. BROOKLYN UNION GAS CO. ET AL.; and

No. 344. BROOKLYN UNION GAS CO. ET AL. v. TRANSCONTINENTAL GAS PIPE LINE CORP. C. A. 5th Cir. Certiorari denied. *Thomas Fletcher* for Socony Mobil Oil Co., Inc., petitioner in No. 300 and respondent in No. 339. *W. M. Streetman* and *Lewis T. Sweet, Jr.* for respondents in Nos. 300 and 303 and petitioners in No. 344. *Clayton L. Orn* and *Robert M. Vaughan* for petitioner in No. 303. *W. H. Davidson, Jr.* for petitioner in No. 339 and respondent in No. 344.

No. 329. ARKANSAS LOUISIANA GAS CO. v. THOMPSON, TRUSTEE, ET AL. C. A. 5th Cir. Certiorari denied. *Cecil N. Cook* for petitioner. *Bradford D. Corrigan, Jr.* for respondents.

No. 333. CITY OF DETROIT ET AL. v. THEATRE CONTROL CORP. ET AL. Supreme Court of Michigan. Certiorari denied. *Vance G. Ingalls* for petitioners. *William Henry Gallagher* for respondents. *John Sklar* and *Donald J. Prebenda* for intervening respondents.